JACK BASS, Appellant, v. SARATOGA HARNESS RACING ASSOCIATION, INC., et al., Respondents. ARTHUR BIRNBAUM, Appellant, v. SARATOGA HARNESS RACING ASSOCIATION, INC., et al., Respondents.—

Judgments unanimously affirmed, with costs. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.